# THE RAMEAU LAW FIRM

16 Court Street, Suite 2504
Brooklyn, NY 11241

AMY RAMEAU, ESQ.*                                           *Admitted in New York, New Jersey,
amywmrameau@hotmail.com                          Eastern and Southern Districts of New York

*Of Counsel*
AFSAAN SALEEM, ESQ.+                                              +Admitted in New York,
saleemlawny@gmail.com                            Eastern and Southern Districts of New York

November 13, 2015

**VIA ECF**

Hon. Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>Salvatore Maggio v. City of New York, et al.</u>, 15 CV 5398 (BMC)

Your Honor:

     I represent the plaintiff in the above-captioned action.  The parties wish to inform the Court that the defendants have served a subpoena on the non-party witness, plaintiff's girlfriend, for her deposition.  The deposition is currently scheduled for November 24th.

Sincerely,

Afsaan Saleem, Esq.

cc: ACC Suvarna Sampale